# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAHLBACH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ENERGY PROTECTION SYSTEMS, INC.,<br><br>　　　　　Defendant. | No. 1:17-cv-00369-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 14) |

　　　On March 2, 2018, the parties filed a Joint Stipulation to dismiss the matter with prejudice. (Doc. 14.) Accordingly, this action has been dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: __**March 5, 2018**__　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE